# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF TEXAS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

12471 Oak Springs Road
Tyler, Smith County, Texas

## SEARCH WARRANT

CASE NUMBER: 6:03M _16_

TO: _____FBI Special Agent Bart LaRocca_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____FBI Special Agent Bart LaRocca_____ who has reason to
                                                          Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See Attachment 1

in the _____Eastern_____ District of _____Texas_____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment 3

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Harry W. McKee_____
as required by law.              U.S. Judge or Magistrate Judge

April 10, 2003 at 4:10 pm                    at    Tyler, Texas
Date and Time Issued                              City and State

Harry W. McKee
United States Magistrate Judge                    _[signature]_
Name and Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN

| | | CASE NUMBER: 6:03M13 |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 4/10/03 | 4/10/03 11:00 am | Judy Brug |

INVENTORY MADE IN THE PRESENCE OF

Judy Brug

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. One (1) HP computer serial # US94869693
2. One (1) Western Digital hard disk, ser. # WT6690046448
3. One (1) Dell Inspiron 3000, ser. # C6U90
4. One (1) Hitachi hard disk, ser. # 404666
5. 69  3.5 inch Floppy diskettes
6. 93  3.5 inch Floppy diskettes
7. One (1) Clone CPU ser # 020146822
8. One (1) Maxtor hard disk, ser. # K40E135A
9. 45  3.5 inch Floppy diskettes
10. ~~One (1) 4mm BC~~

U.S. DISTRICT
EASTERN DISTRICT
JUN 27
DAVID J. MALAND CLERK

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  6-27-03
U.S. Judge or Magistrate Judge            Date